UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANA MIDDLETON,

JUDGMENT
07-CV- 2810 (JG)

              Petitioner,

-against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.

P.M.
TIME A.M.

              Respondent.
-----------------------------------------------------------------X

    A Memorandum and Order of Honorable John Gleeson, United States District
Judge, having been filed on December 4, 2007, denying the petition for a writ of habeas
corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that
the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability
shall issue.

Dated: Brooklyn, New York
       December 04, 2007

                                Robert C. Heinemann
                                Clerk of Court

                        By:  s/Terry Vaughn
                             Terry Vaughn
                             Chief Deputy of
                             Court Operations